# Exhibit A

2126948.1

**Registration Number**

# PAu 4-122-301

**Effective Date of Registration:**
February 22, 2022
**Registration Decision Date:**
February 23, 2022

## Title

**Title of Work:** TFATK Episode 729

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Thiccc Boy Productions Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thiccc Boy Productions Inc.
c/o Glaser Weil LLP, 10250 Constellation Blvd., Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** some preexisting footage and images

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Robert E. Allen
**Date:** February 22, 2022

**Correspondence:** Yes

**Registration Number**

**PAu 4-122-303**

**Effective Date of Registration:**
February 22, 2022
**Registration Decision Date:**
February 23, 2022

## Title

**Title of Work:** TFATK Episode 740

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Thiccc Boy Productions Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thiccc Boy Productions Inc.
c/o Glaser Weil LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** some preexisting footage and images

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Robert E. Allen
**Date:** February 22, 2022

**Correspondence:** Yes

Page 1 of 1

**Registration Number**

# PAu 4-122-304

**Effective Date of Registration:**
February 22, 2022
**Registration Decision Date:**
February 23, 2022

## Title

**Title of Work:**  TFATK Episode 726

## Completion/Publication

**Year of Completion:**  2021

## Author

- **Author:**  Thiccc Boy Productions Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Thiccc Boy Productions Inc.
c/o Glaser Weil LLP, 10250 Constellation Blvd, 19th Fl, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:**  some preexisting footage and images

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

**Organization Name:**  Glaser Weil LLP
**Name:**  Robert E Allen
**Email:**  rallen@glaserweil.com
**Telephone:**  (310)282-6280
**Alt. Telephone:**  (310)895-8925
**Address:**  10250 Constellation Blvd.
19th Floor

Los Angeles, CA 90067 United States

## Certification

**Name:** Robert E. Allen
**Date**: February 22, 2022

**Correspondence:** Yes

**Registration Number**

# PAu 4-122-306

**Effective Date of Registration:**
February 22, 2022
**Registration Decision Date:**
February 23, 2022

## Title

**Title of Work:** TFATK Episode 725

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Thiccc Boy Productions Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thiccc Boy Productions Inc.
c/o Glaser Weil LLP, 10250 Constellation Blvd., 19th Fl, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** some preexisting footage and images

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Robert E. Allen
**Date:** February 22, 2022

**Correspondence:** Yes

Page 1 of 1