United States District Court for The District of Rhode Island

Thicc Boy Productions Inc. V Kyle Swindelles

Case Number: 1:2022cv00090

Your Honor,

I deny the allegations made by the plaintiff that I committed copyright infringement; all my videos fall under the fair use guidelines. I ask that this case be dismissed as the plaintiff has not listed or provided evidence as to how I committed copyright infringement, thank you.

Kyle Swindelles

*Kyle Swindelles*

41 Marietta Street 2nd floor Unit 4

Providence, RI 02904

(401)230-5061