# Kayla DaCruz

| | |
|---|---|
| **From:** | Kyle Swindelles <kyleswindelles26@gmail.com> |
| **Sent:** | Thursday, April 14, 2022 11:52 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Answer Letter to Court case # 1:2022cv00090 |
| **Attachments:** | Document12 _1_.pdf |
| **Categories:** | Being Worked On KD |

**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1