IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC.<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,<br><br>    Defendants. | Case No. 1:22-cv-00090-MSM-PAS |

**STATEMENT OF FACTS AND LEGAL ISSUES**

Pursuant to the Court's April 15, 2022 Order (Dkt. 9), Plaintiff Thiccc Boy Productions Inc. ("Thicc Boy") hereby submits the following statement of the facts and legal issues which may arise in this case.

Thiccc Boy is a production company that produces episodes of the podcast titled *The Fighter and the Kid*, hosted by Brendan Schaub. The podcast is recorded with audio and video, and audiovisual episodes are posted to YouTube, while audio episodes are posted to podcast hosting platforms such as Spotify. Thiccc Boy uploaded the four podcast episodes at issue (the "Episodes") to YouTube in September and October of 2021.

Defendant Kyle Swindelles ("Swindelles") is a YouTuber and live streamer. Without authorization from Thiccc Boy and in violation of YouTube's terms of service, Swindelles downloaded each of the Episodes from YouTube, created derivative works of each of the Episodes, and then uploaded those infringing derivatives to his own YouTube channel.

Based on the purported answer that Swindelles filed on April 14, 2022 (Dkt. 8), Thiccc Boy anticipates that Swindelles will assert a defense of fair use in this case. As an initial matter, Thiccc Boy intends to move to strike Swindelles's answer for failure to conform with the Federal Rules of Civil Procedure. If, however, Swindelles submits a conforming answer or otherwise is

allowed to assert the affirmative defense of fair use, Thiccc Boy submits that his use of the Episodes was not fair. Thiccc Boy expects that Swindelles will argue that his infringing derivatives provide "criticism, comment, [or] news reporting" on the Episodes under 17 U.S.C. § 107. Although in a few of the infringing derivatives, Swindelles provides minimal commentary on the Episodes, such commentary encompasses only a small portion of the running time of the entire derivative episodes and uses far more of the Episodes than necessary for purposes of any criticism, instead reproducing the entire Episodes wholesale, mostly without any such commentary.  Additionally, the remaining factors tilt heavily against fair use, including. negatively affecting the value of the Episodes.

      Accordingly, Thiccc Boy anticipates that Swindelles's defense of fair use will fail, and that Swindelles will be liable for infringing Thiccc Boy's copyrights in and to the Episodes.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | Thiccc Boy Productions Inc. |
| DATED: April 19, 2022 | */s/ Travis J. McDermott* |
|  | Travis J. McDermott (#8738) |
|  | PARTRIDGE SNOW & HAHN LLP |
|  | 40 Westminster Street, Suite 1100 |
|  | Providence, RI 02903 |
|  | (401) 861-8217 |
|  | tmcdermott@psh.com |
|  | and |
|  | Robert E. Allen *(Admitted pro hac vice)* |
|  | Thomas P. Burke Jr. *(Admitted pro hac vice)* |
|  | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
|  | 10250 Constellation Blvd., 19th Floor |
|  | Los Angeles, CA 90067 |
|  | (310) 553-3000 |
|  | rallen@glaserweil.com |
|  | tburke@glaserweil.com |