UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thiccc Boy Productions Inc.
Plaintiff,
v.                                              Case No.: 1:22−cv−00090−MSM−PAS

Kyle Swindelles
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by October 25, 2022

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by November 25, 2022

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by December 26, 2022

4. All expert discovery shall be completed by January 25, 2023

5. Dispositive motions shall be filed by February 27, 2023

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

April 25, 2022                                  By the Court:

                                                /s/ Mary S. McElroy
                                                United States District Judge


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401−752−7204