**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC. | Case No. 1:22-cv-00090-MSM-PAS |
| Plaintiff, | |
| v. | **DECLARATION OF JESSE B. LEVIN IN SUPPORT OF PLAINTIFF THICCC BOY PRODUCTIONS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10, | |
| Defendants. | |

**DECLARATION OF JESSE B. LEVIN**

I, Jesse B. Levin, declare as follows:

1.      I am an attorney duly licensed to practice before all courts of the State of California. I am a partner at the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record for Plaintiff Thiccc Boy Productions Inc. I make this declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify completely to the facts contained herein. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment.

2.      This case involves Defendant Kyle Swindelles's unauthorized use of Plaintiff's copyrighted works on his YouTube channels. In addition to publishing pre-recorded videos, Mr. Swindelles regularly broadcasts livestream video of himself talking about various subjects to an audience of livestream viewers. Since (and before) this lawsuit began, my office has monitored and recorded Mr. Swindelles's broadcasts on various streaming platforms including twitch.tv and youtube.com, and reviewed his livestreams in case he discusses information relevant to this lawsuit.

3.      On July 13, 2022, the evening of the same day that my colleague, Robert Allen, served Mr. Swindelles with a letter regarding his failure to respond to discovery (attached to the

1

2210701.5

Declaration of Thomas P. Burke Jr. as Exhibit 2), Mr. Swindelles broadcasted and performed a livestream simultaneously on twitch.tv and youtube.com. During this livestream, Mr. Swindelles displayed a copy of Mr. Allen's letter on screen and read aloud from the letter. Mr. Swindelles also referred to Glaser Weil as "the big fancy Jewish law firm of Brendan Schaub." Upon reading that "we will proceed as if each of the matters has been admitted," Swindelles responded: "All right, proceed that way, you f****t, put my thing to the Court, I don't care about your email." A true and correct copy of the portion of the livestream during which Mr. Swindelles discusses the July 13 letter is included on a USB drive being lodged with the Court as **Exhibit 5**.

4.    On August 19, 2022, the day after Mr. Allen served Mr. Swindelles with another letter regarding his failure to respond (attached to the Burke Declaration as Exhibit 4), Mr. Swindelles performed another livestream simultaneously broadcast on twitch.tv and youtube.com. During this livestream, Mr. Swindelles displayed Mr. Allen's August 18 letter on screen and read aloud from the letter. While doing so, he referred, presumably to Mr. Allen, as "Brendan Schaub's f**king lawyer, this c**ksucker, this lying piece of s**t" and said that Mr. Allen was "f**king lying, like the Jew you are." A true and correct copy of the portion of the livestream during which Mr. Swindelles discusses the August 18 letter is included on a USB drive being lodged with the Court as **Exhibit 6**.

5.    During the August 19 livestream, Mr. Swindelles also claimed that he did somehow respond or reply to counsel for Plaintiff, referring to a response that went "line by line, in your little legalese." My office has not received any responses to the discovery requests at issue or any correspondence about the same despite our repeated efforts to advise Mr. Swindelles.

6.    During the August 19 livestream, Mr. Swindelles also claimed that "he got help behind the scenes from lawyers, who just file the proper s**t I need filed, the way it needs to be filed."

2

2210701.5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this August 29, 2022 in Los Angeles, California.

By: _____
Jesse B. Levin

3

2210701.5

# Exhibit 5

2210701.5

Video exhibit lodged with Court on USB drive
and served by email.

2210701.5

# Exhibit 6

2210701.5

Video exhibit lodged with Court on USB drive
and served by email.

2210701.5