# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC. | Case No. 1:22-cv-00090-MSM-PAS |
| Plaintiff, | |
| v. | **PLAINTIFF THICCC BOY PRODUCTIONS INC.'S NOTICE OF LODGING OF USB DRIVE RE MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10, | |
| Defendants. | |

**TO THE COURT AND TO DEFENDANT:**

**PLEASE TAKE NOTICE** that Plaintiff Thiccc Boy Productions Inc. will lodge copies of Exhibit 5 and Exhibit 6 to the Declaration of Jesse B. Levin in Support of Plaintiff Thiccc Boy Productions Inc.'s Motion for Partial Summary Judgment on a USB drive to be hand-delivered to the Court. Copies of the exhibits will be served on Defendant Kyle Swindelles by a private Dropbox link via email.

///

///

///

///

///

///

///

///

///

///

///

2211070

1

DATED: August 29, 2022

/s/ Robert E. Allen
Robert E. Allen *(Admitted pro hac vice)*
Thomas P. Burke Jr. *(Admitted pro hac vice)*
GLASER WEIL FINK HOWARD AVCHEN &
SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
rallen@glaserweil.com
tburke@glaserweil.com

and

Travis J. McDermott (#8738)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8217
tmcdermott@psh.com