## Kayla DaCruz

| | |
|---|---|
| **From:** | Kyle Swindelles <yewneekent@gmail.com> |
| **Sent:** | Monday, October 31, 2022 12:17 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:22-cv-00090-MSM-PAS |
| **Attachments:** | MSJ-Copy012.pdf; SUFwAffC-Copy.pdf |
| | |
| **Categories:** | Being Worked On KD |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1