IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 1:22-cv-00090-MSM-PAS<br><br>**PLAINTIFF THICCC BOY PRODUCTIONS INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to LR Cv 56(a)(4), Plaintiff respectfully submits the following statement of undisputed facts:

## UNDISPUTED FACTS

　　　　18.　　Each of the copyrighted works at issue is a creative expression. [*See* Declaration of Thomas P. Burke Jr. in support of Plaintiff Thicc Boy Productions Inc.'s Motion for Partial Summary Judgment (ECF 21-2) ("Burke Decl."), ¶¶ 2-7 (establishing that Mr. Swindelles did not timely respond to requests for admissions); Burke Decl., Ex. 1 at p.6, Request No. 15.]

　　　　19.　　At the time that Swindelles uploaded the infringing materials to his YouTube account, each of the works was unpublished. [Burke Decl., Ex. 1 at p.5, Request No. 9.]

　　　　20.　　Swindelles monetized the infringing materials on his YouTube account. [Burke Decl., Ex. 1 at p.5, Request No. 13.]

　　　　21.　　The infringing materials do not add something new to the embodied works. [Burke Decl., Ex. 1 at p.6, Request No. 14.]

　　　　22.　　The infringing materials do not provide a further purpose or different character to the embodied works. [Burke Decl., Ex. 1 at p.6, Request No. 14.]

　　　　23.　　The infringing materials do not alter the works with a new expression, meaning, or message. [Burke Decl., Ex. 1 at p.6, Request No. 14.]

24. The infringing materials take more than is necessary for Swindelles's purposes in using each of the works. [Burke Decl., Ex. 1 at p.6, Request No. 16.]

25. The infringing materials harm the market for each of the works by serving as a market replacement for them. [Burke Decl., Ex. 1 at p.6, Request No. 17.]

DATED: November 9, 2022

/s/ Robert E. Allen
Robert E. Allen *(Admitted pro hac vice)*
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
rallen@glaserweil.com
tburke@glaserweil.com

and

Travis J. McDermott (#8738)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8217
tmcdermott@psh.com