## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

THICCC BOY PRODUCTIONS, INC.,    :     Case No. 1:22-cv-00090-MSM-PAS

      Plaintiff,          :

v.                 :

KYLE SWINDELLES, *et al.*,     :

      Defendants.      :

### RULE 56 STATEMENT OF UNDISPUTED FACTS
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Kyle Swindelles respectfully submits this statement, pursuant to Local Rule Cv 56 of the United States District Court for the District of Rhode Island, in support of his motion for summary judgment. The material facts as to which there is no genuine issue to be tried are as follows:

1. Plaintiff Thiccc Boy Productions, Inc. is a Colorado corporation. *Complaint* at Paragraph 1.

2. Defendant Kyle Swindelles is an individual residing in Providence, Rhode Island. *Complaint* at ¶ 2.

3. Plaintiff owns copyrighted audio-visual works for the podcast The Fighter and the Kid ("TFATK"), including the individual episodes:

   a. TFATK Episode 725 (Sept. 7, 2021);

   b. TFATK Episode 726 (Sept. 8, 2021);

   c. TFATK Episode 729 (Sept. 20, 2021); and

   d. TFATK Episode 740 (Oct. 25, 2021). *Complaint* at ¶ 7.

4.  YouTube is an online video streaming service. Videos on the site can be viewed and listened to by viewers. *Complaint* at ¶ 9.

5.  Plaintiff's TFATK channel has approximately 516,000 subscribers on the YouTube media platform. Plaintiff's channel posts audio-visual episodes of the TFATK podcast. VIndividual video views of TFATK episodes can number in the multi-millions. *Swindelles Affidavit* at 4; https://www.youtube.com/c/TheFighterandTheKid.

6.  Defendant Swindelles previously ran a YouTube page with approximately 20,000 subscribers. Defendant's channel posted audio-video content of Swindelles discussing news and opinion regarding gaming, comedy, radio, podcasts, and other forms of entertainment media. *Aff.* at 3.

7.  On February 15, 2022, and February 16, 2022, Plaintiff sent YouTube Digital Millennium Copyright Act ("DMCA") takedown notices regarding Defendant's audio-visual content. *Complaint* at ¶ 13; *Aff.* at 6.

8.  On February 18, 2022, and February 19, 2022, Defendant sent YouTube DMCA counter-notifications to dispute Plaintiff's takedown notices. *Complaint* at ¶ 14; *Aff.* at 7.

9.  Due to YouTube's "three strikes rule" regarding copyright notices, Plaintiff's DMCA takedown notices resulted in YouTube eliminating Defendant's channel, cutting off access to subscribers and his previously posted videos. *Aff.* at 8.

10. On February 22, 2022, Plaintiff registered the above-named episodes of TFATK with the United States Copyright Office. *Complaint* at ¶ 8.

11. On February 28, 2022, Plaintiff filed suit for copyright infringement in this Court. *Complaint*.

12. The four episodes of TFATK named by Plaintiff have a total runtime of just over six (6) hours, fourteen (14) minutes:

    a.  TFATK Episode 725 (Sept. 7, 2021): 1 hour, 25 minutes, 6 seconds[1];

    b.  TFATK Episode 726 (Sept. 8, 2021): 1 hour, 48 minutes, 6 seconds[2];

    c.  TFATK Episode 729 (Sept. 20, 2021): 1 hour, 21 minutes, 34 seconds[3]; and

    d.  TFATK Episode 740 (Oct. 25, 2021): 1 hours, 39 minutes, 32 seconds[4].

13. Defendant Swindelles' YouTube videos had a runtime of approximately four (4) to eight (8) minutes each. *Aff.* at 10.

14. Defendant's YouTube videos featured audio-visual clips of Swindelles talking with short clips of TFATK video interspersed throughout. These videos were likely around fifty percent (50%) clips of Swindelles and fifty percent (50%) short clips of TFATK. *Aff.* at 11.

15. Swindelles was often critical of TFATK in his videos. He made fun of TFATK's on-air personalities and gave updates and opinions based upon his knowledge of entertainment media and what was shown in the TFATK clips. *Aff.* at 12.

16. Viewership of Swindelle's video fluctuated significantly, from a few thousand views to hundreds of thousands. Most videos trended toward the lower end of that scale. *Aff.* at 5.

17. Defendant Swindelles has never posted full episodes or lengthy clips of TFATK online. *Aff.* at 11.

---

[1] https://youtu.be/tmxp_I7XmlA
[2] https://youtu.be/PGx8vfPE6cc
[3] https://youtu.be/jnjlNHektdw
[4] https://youtu.be/_kzcXjJuv2A

Respectfully submitted,

Kyle Swindelles, Defendant, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
Phone: (401) 230-5061
e-mail: yewneekent@gmail.com