## AFFIDAVIT OF KYLE SWINDELLES

STATE OF RHODE ISLAND     )
                                  ) ss.

COUNTY OF PROVIDENCE      )

KYLE SWINDELLES, having first been duly cautioned and sworn, deposes and says that:

1. I reside in the state of Rhode Island.

2. I am an online content creator posting audio and video content on digital platforms such as YouTube, Twitch, and various podcast distribution sites. My content usually covers gaming, comedy, radio, podcasts, and other forms of popular entertainment.

3. Prior to February of 2022, I ran a YouTube channel that had amassed approximately 20,000 subscribers. My videos addressed news, opinion, and criticism of popular media, including podcasts such as The Fighter and the Kid ("TFATK").

4. TFATK is available in audio and video form on numerous places on the internet. The TFATK YouTube channel currently has approximately 516,000 subscribers.

5. The views of videos on my YouTube channel would fluctuate often; videos could receive a few thousand views or several hundred thousand views. Most videos trended toward the lower end of that scale. TFATK, however, has often garnered views in the multi-millions for single videos.

6. On February 15 and 16, 2022, I received notice from YouTube of four separate Digital Millennium Copyright Act ("DMCA") takedown notices filed by Thiccc Boy Productions, Inc.

7. On February 18 and 19, 2022, I sent DMCA counter-notifications to YouTube in an attempt to stop what I believed were frivolous takedown notices from Thiccc Boy Productions, Inc.

8. Because YouTube has a "three strikes" policy regarding copyright claims, my entire channel was disabled by YouTube and I lost access to all of the videos and subscribers associated with that channel soon after the takedown notices.

9. I did not have back-up files of the allegedly infringing videos. I have been unable to access the four videos associated with the litigation initiated by Thiccc Boy Productions, Inc. since my YouTube channel was closed.

10. My recollection is that each of the videos was between four (4) and eight (8) minutes long and primarily discussed the TFATK podcast. The video content was clips of myself talking about TFATK and its on-air personalities interspersed with short clips

of the TFATK podcast.

11. In total, each video was likely about fifty percent (50%) clips of myself talking and fifty percent (50%) clips of TFATK. I have never posted or distributed full episodes or lengthy clips of TFATK online.

12. My videos were often critical of TFATK. I many times commented that the podcast was unfunny or that its on-air personalities may have engaged in bad behaviors. My commentary was based upon what was depicted and said in TFATK clips in addition to my knowledge of comedy, radio, and podcasting news. In sum, I would often make fun of TFATK based upon the clips used in my videos. This was usually done for comedic effect.

13. The loss of my previous YouTube channel and the litigation initiated by Thiccc Boy Productions, Inc. has negatively impacted me in many ways.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kyle Swindelles

On this __15__ day of __November__, 2022, before me personally appeared Kyle Swindelles, to me known to be the person described herein who executed the foregoing instrument and acknowledged that he voluntarily executed the same.

_____
Notary Public

Mary Hanna Allcock
Notary Public
State of Rhode Island
MY COMMISSION EXPIRES 6-18-2025
Commission # 6397