## Kayla DaCruz

| | |
|---|---|
| **From:** | Kyle Swindelles <yewneekent@gmail.com> |
| **Sent:** | Wednesday, November 16, 2022 3:36 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:22-cv-00090-MSM-PAS |
| **Attachments:** | page 1.pdf; page 2.pdf; page 3.pdf; page 4.pdf; page 5.pdf; page 6.pdf |

**CAUTION - EXTERNAL:**



Sender notified by
Mailtrack

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.