# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC.<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,<br><br>  Defendants. | Case No. 1:22-cv-00090-MSM-PAS<br><br>**PLAINTIFF THICCC BOY PRODUCTIONS INC.'S MOTION FOR A STATUS CONFERENCE** |

**TO THE COURT AND TO DEFENDANTS:**

  **PLEASE TAKE NOTICE** that Plaintiff Thiccc Boy Productions Inc. will and hereby does moves this Court to set a status conference in the above-referenced case.

  On May 27, 2022, Thiccc Boy served interrogatories and requests for production on Defendant Kyle Swindelles, but to date, Defendant has not responded to this discovery.  On August 29, 2022, Thiccc Boy filed its motion for summary judgment (ECF No. 21), to which Defendants filed no response or opposition.  Pursuant to the Pretrial Scheduling Order (ECF No. 20), the factual discovery cut-off is quickly approaching, as fact discovery is scheduled to be completed by January 9, 2023.  Thiccc Boy anticipates filing a motion to compel this discovery from Defendants, but believes that resolution of its motion for summary judgment prior to filing any motion to compel would significantly streamline the issues in this case.  Indeed, should the motion for summary judgment be granted in full, all of the issues in this case, including Defendants' failure to respond to discovery, would be mooted.  Thus, resolution of the motion for summary judgment could obviate the need to file any motion to compel, conserving this Court and the parties' time and resources.

  Thiccc Boy respectfully requests a status conference to discuss these issues and set a revised scheduling order that extends the fact discovery period should the Court not grant Thiccc

Boy's motion for summary judgment.

DATED: December 28, 2022          */s/ Robert E. Allen*
                                                Robert E. Allen *(Admitted pro hac vice)*
                                                GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
                                                10250 Constellation Blvd., 19th Floor
                                                Los Angeles, CA 90067
                                                (310) 553-3000
                                                rallen@glaserweil.com

                                                              and

                                                Travis J. McDermott (#8738)
                                                PARTRIDGE SNOW & HAHN LLP
                                                40 Westminster Street, Suite 1100
                                                Providence, RI 02903
                                                (401) 861-8217
                                                tmcdermott@psh.com