IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THICCC BOY PRODUCTIONS, INC., | : | Case No. 1:22-cv-00090-MSM-PAS |
| Plaintiff, | : | |
| v. | : | **DEFENDANT'S** |
| | : | **RESPONSE TO PLAINTIFF'S** |
| KYLE SWINDELLES, *et al.*, | : | **MOTION FOR LEAVE TO FILE** |
| | : | **AND MOTION FOR LEAVE TO** |
| Defendants. | : | **FILE NEW MSJ** |

Defendant Kyle Swindelles, *pro se*, hereby responds to Plaintiff's *Request for Clarification and Authorization to File a New Motion For Summary Judgment* by noting that he does not generally oppose the motion, though reserves the right to object to any inadmissible evidence the Plaintiff intends to use in future filings. Defendant requests that the Court treat this filing as Defendant's own *Motion for Authorization to File a New Motion for Summary Judgment* for many of the same reasons outlined in Plaintiff's motion.

Respectfully submitted,

*/s/ Kyle Swindelles*

Kyle Swindelles, Defendant, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
Phone: (401) 230-5061
e-mail: yewneekent@gmail.com

1