## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC.<br><br>        Plaintiff,<br><br>    v.<br><br>KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,<br><br>        Defendants. | Case No. 1:22-cv-00090-MSM-PAS<br><br>**PLAINTIFF THICCC BOY PRODUCTIONS INC.'S (1) REPLY IN SUPPORT OF REQUEST FOR CLARIFICATION AND AUTHORIZATION TO FILE A NEW MOTION FOR SUMMARY JUDGMENT; AND (2) RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE NEW MSJ** |

        Plaintiff Thiccc Boy Productions Inc. ("Thiccc Boy") hereby replies and responds to Defendant Kyle Swindelles ("Swindelles")'s "Response to Plaintiff's Motion for Leave to File and Motion for Leave to File New MSJ" (the "Response," Dkt. Nos. 43, 44).[1] Swindelles' Response states that "he does not generally oppose" Thiccc Boy's request for clarification and authorization to file a new motion for summary judgment (Dkt. No. 42). Thus, for that reason and for the reasons explained in the motion, Thiccc Boy's request should be granted.

        Swindelles' Response further requests authorization to file his own new summary judgment motion. Thiccc Boy does not oppose such request.

        Accordingly, the parties agree that the Court should permit new motions for summary judgment to be filed. It is respectfully requested that these requests be granted.

---

[1] The documents filed at Docket Nos. 43 and 44 are identical.

DATED: June 16, 2023

/s/ Robert E. Allen
Robert E. Allen *(Admitted pro hac vice)*
GLASER WEIL FINK HOWARD AVCHEN &
SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
rallen@glaserweil.com

and

Travis J. McDermott (#8738)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8217
tmcdermott@psh.com