**Meghan Kenny**

| | |
|---|---|
| **From:** | Kyle Swindelles <yewneekent@gmail.com> |
| **Sent:** | Wednesday, July 19, 2023 4:11 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:22-cv-00090-MSM-PAS |
| **Attachments:** | SUF23F.pdf |

<mark>**CAUTION - EXTERNAL:**</mark>

This filing has video exhibits that have been transmitted to the Clerk's office electronically" in the Electronic Case File (ECF)

 Sender notified by
[Mailtrack](Mailtrack)



<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1