ÍIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THICCC BOY PRODUCTIONS INC.<br><br><br>Plaintiff,<br><br><br>v.<br><br>KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,<br><br><br>Defendants. | Case No. 1:22-cv-00090-MSM-PAS<br><br><br><br>**DECLARATION OF ROBERT E. ALLEN IN SUPPORT OF PLAINTIFF THICCC BOY PRODUCTIONS INC.'S MOTION FOR SUMMARY JUDGMENT** |

### DECLARATION OF ROBERT E. ALLEN

I, Robert E. Allen, declare as follows:

1.      I am an attorney duly licensed to practice before all courts of the State of California. I am a partner at the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP, attorneys of record for Plaintiff Thiccc Boy Productions Inc.  I make this declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify completely to the facts contained herein.  I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

2.      Attached as Exhibit 1 is a true and correct copy of a February 18, 2022 email from YouTube Copyright to claims@bentpixels.com re New Copyright Counter Notification, exhibit 1 from the deposition of Kyle Swindelles.

3.      Attached as Exhibit 2 is a true and correct copy of a February 18, 2022 email from YouTube Copyright to claims@bentpixels.com re New Copyright Counter Notification,

2310426

exhibit 2 from the deposition of Kyle Swindelles.

4.    Attached as Exhibit 3 is a true and correct copy of a February 19, 2022 email from YouTube Copyright to claims@bentpixels.com re New Copyright Counter Notification, exhibit 3 from the deposition of Kyle Swindelles.

5.    Attached as Exhibit 4 is a true and correct copy of a February 19, 2022 email from YouTube Copyright to claims@bentpixels.com re New Copyright Counter Notification, exhibit 4 from the deposition of Kyle Swindelles.

6.    Attached as Exhibit 5 is a true and correct copy of a screenshot from a YouTube video posted on September 20, 2021 entitled "The Fighter and The Kid - Episode 729," exhibit 5 from the deposition of Kyle Swindelles.

7.    Attached as Exhibit 6 is a true and correct copy of a screenshot from a YouTube video posted on October 25, 2021 entitled "The Fighter and The Kid - Episode 740," exhibit 7 from the deposition of Kyle Swindelles.

8.    Attached as Exhibit 7 is a true and correct copy of a screenshot from a YouTube video posted on September 7, 2021 entitled "The Fighter and The Kid - Episode 725," exhibit 9 from the deposition of Kyle Swindelles.

9.    Attached as Exhibit 8 is a true and correct copy of a screenshot from a YouTube video posted on September 8, 2021 entitled "The Fighter and The Kid - Episode 726," exhibit 11 from the deposition of Kyle Swindelles.

10.    Attached as Exhibit 9 is a true and correct copy of various Debit Account Statements from September 1, 2021 through March 31, 2022 produced by the Defendant, exhibit 13 from the deposition of Kyle Swindelles.

11.    Attached as Exhibit 10 is a true and correct copy of docket no. 30, Defendant's Reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment, filed on November 16, 2022 and exhibit 14 from the deposition of Kyle Swindelles.

12.    Attached as Exhibit 11 is a true and correct copy of the relevant excerpts from the May 5, 2023 deposition of Kyle Swindelles.

2310426

13.     Attached as Exhibit 12 is a true and correct copy of Plaintiff's response to Defendant's Interrogatory no. 13, served on April 14, 2023.

14.     Attached as Exhibit 13 is a true and correct copy of YouTube page "Yew Neek Entertainment."

15.     Attached as Exhibit 14 is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Requests for Production.

16.     Attached as Exhibit 15 is a true and correct copy of the YouTube video entitled Highlight Clip 1 (defined in the declaration of Thomas Santoli), which I had my office download from Youtube at https://www.youtube.com/watch?v=jC7yPUaI9pk.

17.     Attached as Exhibit 16 is a true and correct copy of the YouTube video entitled Highlight Clip 2 (defined in the declaration of Thomas Santoli), which I had my office download from Youtube at https://www.youtube.com/watch?v=QYEmgsFSWTo.

18.     Prior to the time Defendant copied Plaintiff's copyrighted episodes from Plaintiff's podcast into Defendant's videos, Plaintiff's episodes had not been distributed to the public by sale or other transfer of ownership, or by rental, lease, or lending.  Each such episode had only been commercially exploited through its public performance on YouTube, which, according to 17 U.S.C. ¶ 101, does not constitute publication.  Accordingly, pursuant to 17 U.S.C. § 101, each of the Works are unpublished.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this August 1, 2023, in Los Angeles, California.


By:   _/s/ Robert E. Allen_____
        Robert E. Allen

2310426