# EXHIBIT 4

**From:** YouTube Copyright <youtube_disputes+2tixyeliosu0d0h@google.com>
**Subject: Re: [IM6JETUSFRRKKCBZ6JYCWYRGUU] New Copyright Counter Notification**
**Date:** February 19, 2022 at 4:02:56 AM PST
**To:** claims@bentpixels.com
**Reply-To:** YouTube Copyright <youtube_disputes+2tixyeliosu0d0h@google.com>

We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please do not send your reply to copyright@youtube.com. If we don't receive notice from you, we may reinstate the material to YouTube.

**Exhibit 0004**
Swindelles

**Page 1 of 2**

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=1a1YdZdWlYc

Display name of uploader: Yew Neek Ness™

This was fair use and a reaction video, this was done to try and take my channel down i followed all the rules and gave commentary about a clip that is played on other channels. they are also doing this on my other channel aswell.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kyle Swindelles

Kyle Swindelles
41 Maietta
providence, rhode Island 02960
United States

cobrakingkai@gmail.com

(401) 305-2968
Help Center • Email Options
You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**Page 2 of 2**