# EXHIBIT 5

Bookmarks

Search bookmarks

Bookmarks Toolbar
Bookmarks Menu
Other Bookmarks

≡ YouTube

Search



to somebody who was it just a guy oh then

0:07 / 1:21:33

**The Fighter and The Kid - Episode 729**

The Fighter and The Kid ✓
529K subscribers

Subscribe

👍 2.7K  👎    ➤ Share    ⊟+ Save    •••

158,212 views  Sep 20, 2021  The Fighter and The Kid Full Episodes
The guys talk Bryan sending Brendan a picture of him bull dogging his nuts, Brendan's time chatting it up with Jay Leno, Bryan's sh*t bandit story, Lil Baby's $400K fake watch, the return of Cat, Chin's Phoenix concert with Lil Brows and Shapel, halloween parties and much more!

For more The Fighter and The Kid visit: http://www.fatkz.com/
Follow Brendan on Twitter: https://twitter.com/brendanschaub

TFATK Clips Channel:  ▶ / @thefighterandthe...

Brendan's Tour Dates: https://www.fatkz.com/brendan-schaub-...

The Fighter and The Kid on Facebook:
https://www.facebook.com/thefighteran...

Listen to The Fighter and The Kid on Soundcloud: https://soundcloud.com/fighterandthekid

Subscribe to The Fighter and The Kid on iTunes: https://itunes.apple.com/us/podcast/t...

**Exhibit 0005**

Swindelles

**Key moments**                                                                View all


11:29
Ufc 266


16:30
Jay Leno


18:12
David Letterman


33:25
Deep Tissue Massage


39:30
Usain Bolt


56:37
Howard Stern Going Off on Joe Rogan


59:45
How Much Freedom Did We Lose over thi...