# EXHIBIT 6

 

☰ ▶️ YouTube       Search 🔍  🎤



▶️ ◀▶ 🔊 0:00 / 1:39:31                    ⊙ CC ⚙️ 🔲 ▢ ⛶

## The Fighter and The Kid - Episode 740

**The Fighter and The Kid** ✓
529K subscribers

Subscribe      👍 3K  👎    ↗ Share   ⊞+ Save   ⋯

173,292 views  Oct 25, 2021  The Fighter and The Kid Full Episodes
The guys watch Brendan get electrocuted at Tough Mudder and talk Bryan's Bob Saget stories, Shapel meeting Ron Perlman, Brendan and Cat's trip to Halloween Horror Nights at Universal Studios, the Alec Baldwin shooting incident on set, Kane Brown continuing his concerts after twisting his ankle and much more!

For more The Fighter and The Kid visit: http://www.fatkz.com/
Follow Brendan on Twitter: https://twitter.com/brendanschaub

TFATK Clips Channel:   ▶️ / @thefighterandthe...

Brendan's Tour Dates: https://www.fatkz.com/brendan-schaub-...

The Fighter and The Kid on Facebook:
https://www.facebook.com/thefighteran...

Listen to The Fighter and The Kid on Soundcloud: https://soundcloud.com/fighterandthekid

Subscribe to The Fighter and The Kid on iTunes: https://itunes.apple.com/us/podcast/t...

### Explore the podcast



**The Fighter and The Kid Full Episodes**
The Fighter and The Kid
738 episodes

 Podcasts                                                     ❯

**Exhibit 0007**

Swindelles

Show less