# EXHIBIT 7



> https://www.youtube.com/watch?v=tmxp_l7XmlA





**The Fighter and The Kid - Episode 725**

The Fighter and The Kid ✓
529K subscribers

Subscribe

👍 2.6K 👎    Share    + Save    •••

161,628 views   Sep 7, 2021   The Fighter and The Kid Full Episodes
The guys recap Bryan's trip to Delaware and Brendan's trip to Montana and talk getting farted on by horses, Brendan's response to Ariel Helwani, hilarious Virginia school board meeting prank and much more!

For more The Fighter and The Kid visit: http://www.fatkz.com/
Follow Brendan on Twitter: https://twitter.com/brendanschaub

TFATK Clips Channel: ▶ / @thefighterandthe...

Brendan's Tour Dates: https://www.fatkz.com/brendan-schaub-...

The Fighter and The Kid on Facebook:
https://www.facebook.com/thefighteran...

Listen to The Fighter and The Kid on Soundcloud: https://soundcloud.com/fighterandthekid

Subscribe to The Fighter and The Kid on iTunes: https://itunes.apple.com/us/podcast/t...

**Explore the podcast**

The Fighter and The Kid Full Episodes
The Fighter and The Kid
738 episodes

Podcasts                                                                    >

Show less

**Exhibit 0009**

Swindelles