# EXHIBIT 8

⬤ www.youtube.com/watch?v=PGx8vfPE6cc

Google Maps   isolved Adapt...ience - Login   Do Water Polo...r Polo Planet   Finance ⌄   News ⌄   Legal Login | AMS   Yom Kippur Day on Vimeo   ShareFile Login   Energy ⌄   Meditation ⌄   SAOTA   Shopping ⌄

▶ Yew Neek Entertainment - YouTube

▶ The Fighter and Th

**≡ YouTube**

Search   🔍   🎤

0:01 / 1:48:05   CC ⚙ HD

## The Fighter and The Kid - Episode 726

**The Fighter and The Kid** ✓
529K subscribers

Subscribe

👍 3K   👎   ↗ Share   ✂ Clip   ⊟ Save   •••

192,126 views   Sep 8, 2021   The Fighter and The Kid Full Episodes
The guys talk Joe Rogan's Ivermectin controversy, Vitor Belfort vs Evander Holyfield, Anderson Silva vs Tito Ortiz and Donald Trump commentating on the event, Shane Gillis' comedy special, Khalil Rountree, Cam Newton and his dimepiece La Reina and much more!

For more The Fighter and The Kid visit: http://www.fatkz.com/
Follow Brendan on Twitter: https://twitter.com/brendanschaub

TFATK Clips Channel: ▶ / @thefighterandthe...

Brendan's Tour Dates: https://www.fatkz.com/brendan-schaub-...

The Fighter and The Kid on Facebook:
https://www.facebook.com/thefighteran...

Listen to The Fighter and The Kid on Soundcloud: https://soundcloud.com/fighterandthekid

Subscribe to The Fighter and The Kid on iTunes: https://itunes.apple.com/us/podcast/t...

Explore the podcast



**The Fighter and The Kid Full Episodes**
The Fighter and The Kid

🔊 Podcasts   →

Show less

Exhibit
0011
Swindelles