# EXHIBIT 9

# Debit Account Statement

Account Number: XXXXXXXXX0733

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

| Customer Service Information | |
|---|---|
| Website: | www.paypal-prepaid.com |
| Customer Service: | 1-866-753-6440 |

## Account Summary

For September 1, 2021 to September 30, 2021

## Deposits and Credits



| Date Posted | Description | Amount |
|---|---|---|
| 09/21/2021 | Credit: Direct Deposit from GOOGLE for ADSENSE:27 | $1,825.66 |

## Withdrawals and Debits



| Date Posted | Description | Amount |
|---|---|---|

Exhibit
0013
Swindelles

# Debit Account Statement

Account Number: XXXXXXXXX733

Kyle Swindeles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

Customer Service Information
Website:            www.paypal-prepaid.com
Customer Service:            1-866-753-6440

## Account Summary

For October 1, 2021 to October 31, 2021



## Deposits and Credits

| Date Posted | Description | Amount |
|---|---|---|
| | | |
| 10/21/2021 | Credit: Direct Deposit from GOOGLE for ADSENSE.27 | $2,012.15 |
| | | |

## Withdrawals and Debits

| Date Posted | Description | Amount |
|---|---|---|



# Debit Account Statement

Account Number: XXXXXXXXX0733

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

---

**Customer Service Information**
Website:                 www.paypal-prepaid.com
Customer Service:        1-866-753-6440

## Account Summary

For November 1, 2021 to November 30, 2021

## Deposits and Credits



| Date Posted | Description | Amount |
|---|---|---|
| 11/22/2021 | Credit: Direct Deposit from GOOGLE for ADSENSE:27 | $3,562.51 |

## Withdrawals and Debits



| Date Posted | Description | Amount |
|---|---|---|

# Debit Account Statement

Account Number: XXXXXXXXX0733

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

**Customer Service Information**
Website:          www.paypal-prepaid.com
Customer Service:        1-866-753-6440

## Account Summary

For December 1, 2021 to December 31, 2021



## Deposits and Credits



| Date Posted | Description | Amount |
|---|---|---|
| 12/21/2021 | Credit: Direct Deposit from GOOGLE for ADSENSE:27 | $3,132.38 |

## Withdrawals and Debits

| Date Posted | Description | Amount |
|---|---|---|



# Debit Account Statement

Account Number: XXXXXXXXX0733

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

**Customer Service Information**
Website:                www.paypal-prepaid.com
Customer Service:            1-866-753-6440

## Account Summary

For January 1, 2022 to January 31, 2022



## Deposits and Credits

| Date Posted | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 01/21/2022 | Credit: Direct Deposit from GOOGLE for ADSENSE:27 | $2,172.33 |
| | | |
| | | |

## Withdrawals and Debits

| Date Posted | Description | Amount |
|---|---|---|


# Debit Account Statement

Account Number: XXXXXXXXX0733

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

**Customer Service Information**
Website:          www.paypal-prepaid.com
Customer Service:          1-866-753-6440

## Account Summary

For February 1, 2022 to February 28, 2022



## Deposits and Credits

| Date Posted | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 02/21/2022 | Credit: Direct Deposit from GOOGLE for ADSENSE:27 | $2,095.22 |
| | | |



## Withdrawals and Debits

| Date Posted | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |



2:09

← **8964eedd-dbdc-435d-...**

## Debit Account Statement

Kyle Swindelles
41 Marietta St
Apt 4
PROVIDENCE, RI 02904

Account Number: XXXXXXXXX0733

Customer Service Information
Website                    www.paypal-prepaid.com
Customer Service           1-866-753-6440

## Account Summary

For March 1, 2022 to March 31, 2022




## Deposits and Credits

| Date Posted | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| 03/21/2022 | Credit: Direct Deposit from GOOGLE for ADSENSE 27 | $455.27 |
| | | |

## Withdrawals and Debits

| Date Posted | Description | Amount |
|---|---|---|



