# EXHIBIT 11

CONFIDENTIAL

1           IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF RHODE ISLAND

2

                        Case No. 1:22-cv-00090-MSM-PAS

3

4   THICCC BOY PRODUCTIONS, INC.,

         Plaintiff,

5   vs.

6   KYLE SWINDELLES a/k/a YEW NEEK

    NESS; and DOES 1 through 10,

7        Defendants.

8

9

10

11

12

13       CONDITIONALLY CONFIDENTIAL TRANSCRIPT OF

14       VIDEOTAPED DEPOSITION OF KYLE SWINDELLES

15            May 5, 2023 at 11:13 a.m.

16                  Virtual Room

17

18

19

20

    ----------Jennifer A. Doherty, CSR--------------

21            Certified Court Stenographer

22

23

24

25

                                        Page 1

CONFIDENTIAL

```
 1   APPEARANCES:
 2        Kyle Swindelles, Pro se
          41 Marietta Street
 3        Providence, Rhode Island 02960
          Plaintiff.
 4

 5

 6        GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO
          BY: Robert E. Allen, Esq.
 7        10250 Constellation Blvd., 19th Floor
          Los Angeles, California 90067
 8        rallen@glaserweil.com
          For the Defendant.
 9

10

          PARTRIDGE SNOW & HAHN, LLP
11        BY:  Travis J. McDermott, Esq.
          40 Westminster Street, Suite 1100
12        Providence, Rhode Island 02903
          tmcdermott@psh.com
13        For the Defendant.
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 2

CONFIDENTIAL

```
 1    make videos on.
 2         Q.   How many YouTube channels have you had?
 3         A.   Two.
 4         Q.   Didn't you have more than two -- I mean --
 5    well, let me back up.  In total of all the YouTube
 6    channels you've had, you've only had two channels,
 7    or you only have two channels currently?
 8         A.   I've only had two channels.
 9         Q.   And what were the names of those two
10    channels?
11         A.   Yew Neek and Yew Neek Ness.
12         Q.   Do you consider yourself unique?
13         A.   Yes.
14         Q.   Why is that?
15         A.   The way I look, the way I talk.
16         Q.   How many videos have you made?
17         A.   I couldn't tell you, I have no idea.
18         Q.   How many videos have you made about
19    Brendan Schaub?
20         A.   Couldn't tell you, no idea.
21         Q.   What is the name of your current YouTube
22    channel?
23         A.   I don't have a current YouTube channel.
24         Q.   You don't have a current YouTube
25    channel?
```

Page 15

CONFIDENTIAL

1          Q.    Well, so would it surprise you that it
2     appears that the first video on Yew Neek
3     Entertainment was posted on February 20, 2022?    Does
4     that sound about right?
5                    (Reporter asks for clarification.)
6          A.    I said I guess.
7          Q.    And are you aware that your channels were
8     taken down, I believe, around February 18 or 19?
9          A.    Were they?  I don't remember the exact
10    date.
11         Q.    Actually, that's not correct, I take it
12    back.  It was -- you received takedown notices on
13    February 15 and 16, didn't you?
14         A.    I don't know, but I know there was a while
15    before the notices and it was actually taken down.
16         Q.    Do you have any reason to believe that you
17    did not receive takedown notices with respect to
18    your two YouTube channels on February 15 and
19    February 16?
20         A.    I probably did.
21         Q.    So you received takedown notices from your
22    channels on February 15 and 16, and then all of a
23    sudden on February 20 your girlfriend's channel, Yew
24    Neek Entertainment, starts posting videos?    Was the
25    result -- was that a result of your channels being

                                              Page 19

CONFIDENTIAL

1    taken down?

2        A.    Yes.

3        Q.    Do you know how many -- and are you the

4    one that posts the videos to these channel?

5        A.    Excuse me, say that again?

6        Q.    Are you the one that posts the videos to

7    Yew Neek Entertainment since February 20, 2022?

8        A.    Sometimes.   Sometimes she will post them

9    if I'm busy.

10       Q.    Approximately what percentage of the

11   videos do you post versus your girlfriend?

12       A.    I do --

13       Q.    What's your girlfriend's name?

14       A.    Desaree.

15       Q.    Desaree what?

16       A.    Raoph.

17       Q.    How do you spell that?

18       A.    R-A-O-P-H.

19       Q.    And does Desaree -- I'm sorry, what

20   percentage of the videos posted since February 20

21   have you posted approximately?

22       A.    I couldn't give you an exact percentage

23   but the vast majority.

24       Q.    Vast majority.   So you post the vast

25   majority of videos on Yew Neek Entertainment?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1        A.    Yes.

 2        Q.    Do you know how many videos you've posted

 3   on this channel?

 4        A.    No.

 5        Q.    Do you know how many videos have been

 6   posted on this channel?

 7        A.    No.

 8        Q.    Well, as of a couple of days ago, it was

 9   about 226.  Does that sound about right?

10        A.    Yeah, I guess so.

11        Q.    How many -- okay.  What are the subjects

12   of the videos that you've posted on Yew Neek

13   Entertainment?  Or let me rephrase that.

14             What is the subject of the videos that are

15   posted on this YouTube channel, Yew Neek

16   Entertainment?

17        A.    A lot about Brendan Schaub, a lot about

18   Bryan Callen, a lot about Steven Crowder.

19        Q.    Who are those -- who are those people?

20        A.    YouTubers?

21        Q.    Do they appear on Brendan Schaub's show?

22        A.    Bryan Callen does.

23        Q.    So is Bryan Callen a co-host with

24   Brendan?

25        A.    Yes.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

1          Q.    And the other person you mentioned was

2    who?

3          A.    Steven Crowder.

4          Q.    Do you know approximately what percentage

5    of the video on your channel relate to Brendan

6    Schaub?

7          A.    No.

8          Q.    Would you agree that most, the vast

9    majority of the videos on Yew Neek Entertainment

10   relate to Brendan Schaub?

11         A.    Yeah.

12         Q.    Would you agree that eight of the top ten

13   viewed videos on this channel relate to Brendan

14   Schaub?

15         A.    Probably.

16         Q.    And would you agree that the No. 1 in two

17   videos that have been viewed on this channel relate

18   to Brendan Schaub and have about 300,000 views a

19   piece?

20         A.    Probably.

21         Q.    Why do you create so many videos about

22   Brendan Schaub?

23         A.    He does a lot of dumb things in his videos

24   about...

25         Q.    Well, would you agree that there are a lot

Page 22

1          A.    No.

2          Q.    And what would you say was your average

3    monthly income from Yew Neek channel?

4          A.    It changes every month, so couldn't tell

5    you.

6          Q.    Approximately?

7          A.    One to 2,000 maybe?

8          Q.    And what were the subjects of those videos

9    on the Yew Neek channel?

10         A.    Mainly Opie and Anthony, Howard Stern, Joe

11   Rogan.

12         Q.    And Brendan Schaub?

13         A.    From time to time on that main channel.

14         Q.    All right.  You had a second channel

15   called Yew Neek Ness, correct?

16         A.    Yes.

17         Q.    When was that -- when was that channel

18   started?

19         A.    After -- I couldn't tell you, but after

20   the main channel.

21         Q.    And why did you start this channel?

22         A.    For livestreaming.

23         Q.    Did you post videos or Yew Neek Ness?

24         A.    Every great once in awhile, but mainly,

25   no.  It was mainly just a livestreaming channel.

Page 24

CONFIDENTIAL

```
 1    but mainly I just watch like my feed and whatever is
 2    trending.
 3         Q.   How many subscribers do you have on your
 4    Twitter account?
 5         A.   A little over a 1,000?
 6         Q.   And how many friends do you have on your
 7    Facebook account?
 8         A.   Couldn't tell you.
 9         Q.   Going back to your unique channel.  How
10    many subscribers did you have on that channel?
11         A.   25,000?
12         Q.   Approximately or?
13         A.   I think around there, I don't --
14         Q.   All right.  What about on Yew Neek Ness?
15         A.   Three, I want to say?
16         Q.   All right, and then what about -- how many
17    subscribe --
18         A.   3,000.
19         Q.   I'm sorry?
20         A.   3,000 on the --
21         Q.   3,000, I see.
22         A.   I think.
23         Q.   I understand, approximately.  What about
24    on Yew Neek Entertainment, how many subscribers did
25    that channel have?
```

Page 27

CONFIDENTIAL

```
 1       A.    I think right -- I think -- yeah, it has
 2   like 10,000 on it.
 3       Q.    She's never -- does she ever appear on
 4   videos on the Yew Neek Entertainment channel?
 5       A.    No.
 6       Q.    Does she provide any of the material for
 7   you that gets recorded on a video?
 8       A.    Yes.
 9       Q.    What type of contributions does she make
10   to the content of the videos?
11       A.    She's always telling me, oh, this
12   happened, this person said this about somebody.
13       Q.    So help me understand -- oh, and then, do
14   you have a Discord channel?
15       A.    Yes.
16       Q.    And what happens on your Discord
17   channel?
18       A.    I don't know, I hardly ever go in there.
19       Q.    Well, why did you set it up?
20       A.    Mainly what I used to do a lot of
21   livestreaming -- a way for people to talk to me on
22   livestream.  But I don't really go in there, do
23   anything in there, so...
24       Q.    So you never visit your Discord channel?
25       A.    Hardly ever.
```

Page 28

CONFIDENTIAL

1        A.    Then probably around then.

2        Q.    And you received the takedowns related to

3    the Yew Neek Ness channel around the same time?

4        A.    No, I got no -- that channel just goes

5    away because it was associated with my main channel.

6              (Reporter asks for clarification.)

7        A.    So once you lose a channel, you lose all

8    your channels.

9        Q.    Are you aware that Thiccc Boy Productions

10   sent you -- or sent four takedown notices with

11   respect to four different videos on YouTube?

12       A.    Yes.

13       Q.    And you're aware that two of them were on

14   the Yew Neek channel and two of them were on the Yew

15   Neek Ness channel?

16       A.    Perhaps.

17       Q.    So there were actually videos on the Yew

18   Neek Ness channel, weren't there?

19       A.    I said from time to time they will.

20       Q.    So two of the videos of Brendan Schaub

21   were on the Yew Neek Ness channel, correct?

22       A.    Well, I don't know because two of the

23   videos you showed me aren't the videos that they're

24   claiming.  One of the videos that was claimed was

25   Brendan Schaub loses the race.  I've yet to see that

Page 35

CONFIDENTIAL

1      Q.    And in response to that takedown notice

2  did you also file a counter notice?

3      A.    Yes.

4      Q.    Have you ever received a takedown notice

5  and not filed a -- a counter notice?

6      A.    No.

7      Q.    So whenever you receive a takedown notice,

8  what do you do to figure out whether or not you

9  should send a counter notice?

10      A.    I know all my videos are fair use.  So I

11  just know to all --

12                  (Reporter asks for clarification.)

13      A.    I just know all my videos are fair use,

14  and I know video counter if it's being taken down

15  through copyright.

16      Q.    And what do you do in order to assess

17  whether or not a video that you have created

18  constitutes fair use?

19      A.    I read the rules on fair use.

20      Q.    Where did you read the rules?

21      A.    In the YouTube studio.

22      Q.    Have you consulted anyone else on what

23  constitutes fair use?

24      A.    No.

25      Q.    So the sole basis of your knowledge about

Page 41

CONFIDENTIAL

1      A.   Then I'll hit screen record and talk, and

2   then try like a minute of what he said and talk

3   afterwards.

4      Q.   Okay.  So how do you play the video in

5   order to capture it through screen record?

6      A.   You just hit play at the Subreddit.

7      Q.   So you push play in the Subreddit, and you

8   have a screen recorder, correct?

9      A.   Yes.

10     Q.   And which program is that called?

11     A.   Just a generic screen recorder.

12     Q.   You don't -- you don't know the name of

13  your screen recorder?

14     A.   No.

15     Q.   How did you get your screen recorder?

16     A.   Just put screen recorder in the Play store

17  about 50 of them pop up.

18     Q.   And you don't know which one you used with

19  respect to --

20     A.   I don't know the exact name.

21     Q.   Okay.  So you hit screen record.  Then

22  what happens?

23     A.   It records, and then I talk, and then

24  perhaps play a minute or two, and then talk again.

25     Q.   All right.  So let's go back to this

Page 46

CONFIDENTIAL

```
1   that the letters and numbers after the equal sign is
2   the identification of the video?  Do you understand
3   that?
4       A.   Yes.
5       Q.   Okay.  And this -- it says -- it says
6   videos included in counter notification, and it has
7   a video that ends with VEE8.  Do you see that?
8       A.   Yes.
9       Q.   So -- and then it says display name of
10  uploader, and it says Yew Neek, right?
11      A.   Yes.
12      Q.   And that's your channel, correct?
13      A.   Yes.
14      Q.   And then it has the next paragraph here.
15  I'd like you to read this paragraph.
16      A.   This is a fair use.  "I talked the
17  majority of the video, and this takedown was only
18  done in an attempt to get my channel deleted as the
19  video was originally just copyright claimed and now
20  is being taken down along with multiple others in an
21  attempt to delete a Black YouTube creator's channel.
22  I reacted and talked about a clip like Sam Seder
23  does to Tucker Carlson."
24      Q.   Okay.  Did you write this?
25      A.   Yes.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

1          Q.    And you sent this in to YouTube?

2          A.    Yes.

3          Q.    And this video that was identified here

4     ending VEE8, that was one of the videos that was

5     taken down?

6          A.    I would assume so.

7          Q.    Well, let's go through the process.

8     YouTube sends you this takedown.  It has this URL,

9     and then you responded to the takedown for the take

10    down of this video at this URL; is that right?

11         A.    Yes.

12         Q.    And when you -- all right.  And then I

13    guess this is dated on the 18th.  When you filed the

14    counter notice, this counter notice, at the time you

15    filed that did you think that this particular video

16    was removed due to a mistake?

17                    (Exhibit No. 1 marked for

18    identification.)

19         A.    No.

20         Q.    Do you think it was removed due to a

21    misidentification of the video?

22         A.    No.

23         Q.    With respect to all of the counter notices

24    you filed, including the other three which we'll

25    look at shortly, you didn't think that the videos

CONFIDENTIAL

1    removed due to a mistake, right?

2         A.    No.

3         Q.    And you didn't think -- and you -- did you

4    think -- let me rephrase that just because there

5    were a couple double negatives in there.

6              At the time you filed the counter notice

7    did you think that any of the videos that were taken

8    down were removed due to a mistake?

9         A.    No.

10        Q.    At the time you filed the counter notices

11   did you think that the videos were removed due to a

12   misidentification of the video?

13        A.    No.

14        Q.    All right.  Okay.  I'm going to go to

15   Exhibit 2.  So let me stop sharing for a second, and

16   get back to this page.  All right.  I got Exhibit 2

17   here, so let me just -- before moving onto the -- to

18   this next exhibit, so just to be clear, after you

19   received the takedown notice and before you filed

20   the counter notice, what did you do, if anything, to

21   determine whether you should file a counter notice?

22        A.    I don't know.

23        Q.    Did you review the video?

24        A.    Yeah.

25        Q.    Did you watch it?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1                THE VIDEOGRAPHER:  All right.  Off
 2    record at 12:35 p.m.
 3                (Recess taken.)
 4                THE VIDEOGRAPHER:  Back on record at
 5    12:46.
 6    BY MR. ALLEN:
 7        Q.   Okay.  So, Mr. Swindelles, we're back.
 8    I'm going to show you the next exhibit here.
 9                (Exhibit No. 3 marked for
10    identification.)
11        Q.   Do you see the document that's labeled
12    Exhibit 3?
13        A.   Yes.
14        Q.   And this is an email from YouTube to Bent
15    Pixels dated February 19 starting with "We received
16    the attached counter notification."  I'm going to go
17    to Page 2.  And says counter notification as
18    follows, videos included in the counter
19    notification, and then refers to a YouTube video
20    ending in OSS8.  Do you see that?
21        A.   Okay.
22        Q.   And it says Yew Neek Ness as the uploader.
23    Do you see that?
24        A.   Yes.
25        Q.   And then could you read the next sentence
```

Page 57

CONFIDENTIAL

1        Q.    Why do you switch phones?

2        A.    One broke.  I think I lost another one.

3        Q.    So when you get a new phone, you get a new

4    phone number?

5        A.    Yeah.

6        Q.    What's your current phone number?

7        A.    I would have to look to see.  I don't call

8    myself so...

9        Q.    All right.  So you filed a -- this counter

10   notification with respect to video ending in OSS8?

11       A.    Yes.

12       Q.    And because it says -- and Yew Neek Ness,

13   that's that second YouTube channel you were talking

14   about, the one that you mostly use for streaming?

15       A.    Yes.

16       Q.    But it appears that this video was removed

17   from this channel.  So this video was on this

18   channel, correct?

19       A.    Yes.

20       Q.    I'm getting the next exhibit ready.

21               (Exhibit No. 4 marked for

22   identification.)

23   BY MR. ALLEN:

24       Q.    All right.  Do you see this Exhibit No.

25   4?

Page 59

CONFIDENTIAL

1        A.    Yes.

2        Q.    This is another email from YouTube to Bent

3    Pixels dated February 19.  I'm going to scroll to

4    the second page.  It has the counter notification

5    information.  And it has a -- videos included in

6    counter notification with a video ending in WIYC.

7    Do you see that?

8        A.    Yes.

9        Q.    And it says display name of uploader, it

10   says Yew Neek Ness.  Do you see that?

11       A.    Yes.

12       Q.    By the way, there's a little TM next to

13   that.  Do you have your name -- is it registered

14   with the trademark office?

15       A.    No.

16       Q.    And where do you put Yew Neek Ness with

17   the trademark?  Where do you usually use that TM

18   symbol?

19       A.    Just the channel.

20       Q.    All right.  And then can you read this

21   first paragraph here, starting with "This was"?

22       A.    "This was fair use and a reaction video.

23   This was done to try and to take my channel down.  I

24   followed all the rules and gave commentary about a

25   clip that is played on other channels.  They are

Page 60

CONFIDENTIAL

1    also doing this on my other channel as well."

2        Q.   Okay.  So did you write this?

3        A.   Yes.

4        Q.   And this Yew Neek Ness, that's your second

5    YouTube channel?

6        A.   Yes.

7        Q.   And you were filing this counter

8    notification with respect to this video ending with

9    Y -- I'm sorry, WIYC?

10       A.   Yes.

11       Q.   Great.  This next show -- I'm going to

12   show you a -- okay.  I'm going to show you this next

13   Exhibit No. 5.

14            (Exhibit No. 5 marked for

15   identification.)

16   BY MR. ALLEN:

17       Q.   Do you recognize Exhibit 5?

18       A.   No.

19       Q.   Okay.  So this is a screenshot that I took

20   of a YouTube -- the first second or so of a YouTube

21   video, Episode 729 from the YouTube channel The

22   Fighter and The Kid.  Are you familiar with The

23   Fighter and The Kid?

24       A.   Yes.

25       Q.   What is The Fighter and The Kid?

Page 61

1    thing is about what I said it was about.

2         Q.    Was it necessary for you to include Bryan

3    Callen's conversation about COVID in order to make

4    your point or the comment or criticize Brendan

5    Schaub trashing Howard Stern about Joe Rogan?

6         A.    Yes, for context.

7         Q.    For context.  And what was the context?

8         A.    The context for the whole argument to be

9    heard and for me to comment on it.

10        Q.    What comment did you make about Bryan

11   Callen's conversation about COVID?

12        A.    I agreed with them on the COVID thing and

13   about how Howard Stern is now irrelevant.

14        Q.    Did you state in your commentary that you

15   were agreeing with Bryan Callen's conversation about

16   COVID?

17        A.    Well, no, I didn't say that

18   specifically.

19        Q.    Did you --

20        A.    But I say I think Brendan Schaub is right

21   on this one.  I think that's me agreeing with them.

22   So that would be --

23        Q.    I'm not talking about -- I'm not talking

24   about Brendan Schaub.  I'm talking about Bryan

25   Callen right now.

                                        Page 77

CONFIDENTIAL

```
 1        A.    Oh.
 2        Q.    Did you comment at all about what -- what
 3   Bryan Callen said?
 4        A.    No.
 5        Q.    In all of your commentary, did you ever
 6   comment on the video itself?
 7        A.    Yes.
 8        Q.    And when I say the video, I mean the
 9   actual video, not what was said in the video but the
10   video.
11        A.    I don't know what that means.
12        Q.    Well, you didn't, for instance, comment on
13   how the video was shot, right?
14        A.    Why would I?
15        Q.    That's not the question, sir.  Did you
16   comment on how the video was shot?
17        A.    No.
18        Q.    Did you comment on the lighting of the
19   video?
20        A.    No.
21        Q.    Did you comment on the composition of the
22   video?
23        A.    No.
24        Q.    So the -- your commentary was solely based
25   on what Bryan (verbatim) Schaub said that was
```

Page 78

CONFIDENTIAL

1    captured in the video, correct?

2        A.    Yeah.

3        Q.    So you made no commentary on the video

4    itself, just what was in the video?

5        A.    Yeah.

6        Q.    So if you were to summarize, what was your

7    commentary about what Bryan (verbatim) Schaub

8    said?

9        A.    I don't know who Bryan Schaub is.

10       Q.    I'm sorry.  Brendan Schaub.

11       A.    What was the question?

12       Q.    If you were to summarize, what was your

13   commentary in this video about what Brendan Schaub

14   had said?

15       A.    Brendan Schaub said Howard Stern is

16   irrelevant, that all of his subscribers are fake,

17   he's a soy boy, he's completely out of touch and

18   he's wrong about COVID.

19       Q.    Right.  But that's what Brendan said.

20   What was commentary -- I'm sorry?

21       A.    You just asked me what did Brendan Schaub

22   say.

23       Q.    Yes.  What was your commentary about what

24   Brendan Schaub had said in that video?

25       A.    I said I agreed with him about all the

Page 79

CONFIDENTIAL

```
 1   things he said about Howard Stern.
 2        Q.   Okay.   And in your view it was necessary
 3   for you to have almost nine minutes of The Fighter
 4   and The Kid in order to talk about what Brendan had
 5   said about Howard Stern and to say that you agreed
 6   with him?
 7        A.   Yeah.
 8        Q.   All right.  I would like to go back to --
 9   I'm going to go back to Exhibit No. 1.  Okay.  You
10   see Exhibit No. 1 up there?
11        A.   Yes.
12        Q.   Okay.  I would like you to read that first
13   paragraph again, starting with "this was fair use."
14        A.   "This was fair use.  I talked the majority
15   of the video and this takedown was only done" --
16   your mouse is in the way -- "in an attempt to get my
17   channel deleted as the video was originally just
18   copyright claimed and now is being taken down along
19   with multiple others in an attempt to delete a Black
20   YouTuber creator's channel.  I reacted and talked
21   about a clip like Sam Seder does Tucker Carlson."
22        Q.   So let's take the first sentence where it
23   says, "I talked the majority of the video."  Do you
24   see that?
25        A.   Yes.
```

Page 80

CONFIDENTIAL

1    Q.    That wasn't true, was it?

2    A.    Was this a thing for that specific video?

3    Q.    Yes.  Let's go -- this is VEE8, and I'm

4  going to represent to you that the video I just

5  played for you was VEE8.

6    A.    Okay.

7    Q.    So when it says, "I talk the majority of

8  the video," that's not true, is it?

9    A.    All right.  I guess not.

10    Q.    And you said "The takedown was only in an

11  attempt to get my channel deleted as the video was

12  originally just copyright claimed and now is being

13  taken down along with multiple others in an attempt

14  to delete a Black YouTube creator's channel."

15           That wasn't correct either, was it?

16    A.    Well, no, it was copyright claimed before

17  with all revenue going to Brendan Schaub, and then

18  later did a takedown.

19    Q.    Okay.  Well, is it your opinion that it's

20  accurate to say that the only reason why it was

21  taken down was to delete a Black YouTube creator's

22  channel?

23    A.    Yes, that's why he did multiples all at

24  the same time, that was the goal.

25    Q.    What evidence did you have at the time

Page 81

CONFIDENTIAL

```
 1    right.  I'm going to show this next Exhibit 8.
 2                (Exhibit No. 8 marked for
 3    identification.)
 4         Q.   Which is a second video which is the video
 5    ending in CNAS.  And I'm just going to play the
 6    first part here.  And that logo introduction, that
 7    indicates that this is your video, correct?
 8         A.   Yes.
 9         Q.   And that you created this video,
10    correct?
11         A.   Yes.
12         Q.   All right.  I'm going to play for a little
13    bit here.
14                (Video played.)
15         Q.   Okay.  I'm going to stop right here before
16    we get started.  And can you see that this is a
17    screenshot I guess in your video of the earlier
18    Episode 740 that I had just shown you?  I can flip
19    back to that if you'd like to see it.
20         A.   Yes.
21         Q.   Yes, you would like to see it, or yes, you
22    agree that this is from --
23         A.   Yes, I agree.
24         Q.   Okay.  And how did you copy portions of
25    Episode 740 into this video?
```

Page 87

CONFIDENTIAL

1    A.    I think that's from The Fighter and The
2    Kid Subreddit.
3    Q.    Okay.  And that was the same with respect
4    to the first video we saw, correct?
5    A.    Possibly.
6    Q.    Well, if it wasn't from the Subreddit,
7    where would you have -- where would you have gotten
8    it from?
9    A.    The first one I might have actually
10   watched the podcast on that one.  But usually when I
11   do these, I don't know.  Am I using a screen
12   recorder in that one?
13   Q.    It says something about -- something
14   screen recorder on recording desktop?
15   A.    Yeah, so I probably got that one from The
16   Fighter and The Kid Subreddit.
17                (Reporter asks for clarification.)
18   A.    I probably got that one from The Fighter
19   and The Kid Subreddit.
20   Q.    Okay.  So the first video, you probably --
21   did you use a screen recorder for the first video
22   directly from YouTube?
23   A.    No.  I think I just used my camera because
24   I was on my laptop.
25   Q.    I'm sorry, can you describe the process,

Page 88

CONFIDENTIAL

1       A.    No, it focused -- the webcam looks at

2   you.

3       Q.    Oh, no.  I -- okay.  Let me go -- I

4   thought you were saying that for the first video

5   that there were different ways that you may have

6   captured the Episode 729 from The Fighter and The

7   Kid.  And I think one of the ways you said was you

8   used your webcam?

9       A.    Oh, I meant on me I used the webcam.

10      Q.    I see.  So how did you capture The Fighter

11  and The Kid episode portion for the first video that

12  we were looking at?

13      A.    I might have just used the window opener

14  and then just hit record on my Streamlabs.

15      Q.    So you would have played the episode on

16  your computer and then just captured that on your

17  computer as you were playing it?

18      A.    Yes.

19      Q.    Okay.  All right.  Now this -- for this

20  video, it had said something about I think it's, if

21  I just play it for a little bit more, game recorder.

22  It had said game recorder.  So is that a -- is that

23  a screen recorder that you own?

24      A.    That one no longer exists, but I did own

25  that one.

Page 90

CONFIDENTIAL

1          Q.    Okay.  And so you used game screen
2     recorder to record, this was Episode 740, of The
3     Fighter and The Kid; is that right?
4          A.    Yes.
5          Q.    And you created this video?
6          A.    Yes.
7          Q.    And did you have permission to copy
8     portions of Episode 740 into this video?
9          A.    No.
10         Q.    And did you have permission to copy
11    portions of Episode 729 into video one?
12         A.    No.
13         Q.    And this video is about two minutes and
14    ten seconds; is that right?
15         A.    That's what it says.
16         Q.    All right.  I'm going to play the first 14
17    seconds of this video, and we'll call that segment
18    one of video two.
19                    (Video played.)
20         Q.    Okay.  So that was the first segment.
21    What is this video about?
22         A.    They make an announcement.
23         Q.    Announcement about what?
24         A.    Replay it again.  I didn't hear the last
25    part of that one.

                                        Page 91

CONFIDENTIAL

1      A.    That video I made on my phone, not my

2   computer.

3      Q.    Okay.  So if you're making it on your

4   phone -- so is there any connection to what you were

5   saying to the frozen image of the video that was on

6   in your video while you were speaking?

7      A.    Well, yes, I was just discussing what they

8   announced that they were having a reunion with Chris

9   D'Elia.

10     Q.    But it had nothing to do with the still

11  frame of the video, does it?

12     A.    I guess technically no.

13     Q.    And your commentary, again, it was not --

14  you had no commentary or criticism about the video

15  itself, did you?

16     A.    No, I didn't talk about the way it was

17  lighted or anything.

18     Q.    You didn't comment on how the video was

19  shot?

20     A.    No.

21     Q.    Your commentary was solely based on what

22  Brendan Schaub said that was captured in the video;

23  is that right?

24     A.    Yes.

25     Q.    Now, would you say that you talked the

Page 102

CONFIDENTIAL

```
 1    the button.  Sorry.
 2                   (Video played.)
 3        Q.   Is that the intro to your videos?
 4        A.   Yes.
 5        Q.   All right.  Now, I'm showing you video
 6    three with an ID ending in OSS8.  So I'm going to
 7    play the first -- the first little bit of the video.
 8                   (Video played.)
 9        Q.   All right.  I'm just going to stop it
10    there for a second.  Was that you in the video?
11        A.   Yes.
12        Q.   So did you create this video?
13        A.   Yes.
14        Q.   And did you copy portions of Episode 725
15    of The Fighter and The Kid into this video?
16        A.   Yes.
17        Q.   And how did you -- how did you incorporate
18    Episode 725 into this video?
19        A.   I believe I played it on their YouTube
20    channel, right?
21        Q.   Well, I'm just looking here and I guess
22    it's not -- I can't pause it for you to see -- while
23    you can see it, but it looks as though you're in one
24    screen, and then are you using your computer to call
25    up the episode and then playing that episode while
```

Page 110

CONFIDENTIAL

1    you're also on screen in a different window?

2        A.    No, I'm watching it on YouTube and just

3    hitting my window capture.

4        Q.    Okay.   And that was directly from

5    YouTube?

6        A.    Yeah, I was watching on YouTube and just

7    hit window capture so people could see what I'm

8    watching.

9        Q.    All right.   So I played for you the first

10   41 seconds.   We'll call that segment one of video

11   three.   What is this video about?

12       A.    Brendan Schaub apologizing to Ariel

13   Helwani.

14       Q.    And Episode 725 was posted on September 7,

15   2021.   When did you post this video three?

16       A.    I don't know exactly, but probably right

17   around there.

18       Q.    Within a day or two?

19       A.    I would assume.

20       Q.    All right.   So we're going to play the

21   next segment which is the longest part of this -- of

22   this video.   And I'd like you to raise your hand as

23   we've done before whenever -- whenever you're going

24   to talk about or whenever there's talk about the

25   apology from Brendan Schaub to Ariel Helwani or

                                   Page 111

CONFIDENTIAL

1    response?

2        A.   Well, I did -- what I'm trying to say is I

3    did that video like, oh, here's his apology, but it

4    was really like the worst apology ever in which I

5    showed the response to the person he's talking about

6    agreeing with me that's the worst apology ever.

7            So I titled the video Brendan Schaub --

8    like I would like to see the title of that video

9    because I'm pretty sure I probably did put it in

10   quotations around the word apologizes.  But

11   that's -- take it out the way I did that video.

12       Q.   All right.  So a couple things about that

13   is, I guess you referred and showed Ariel Helwani's

14   web page, right?

15       A.   His Twitter.

16       Q.   Oh, his Twitter?  Sorry.  His Twitter

17   account.

18       A.   Yeah, that was about Twitter.

19       Q.   And that was -- and Ariel Helwani would

20   have posted a video on his Twitter page, correct?

21       A.   Yes.

22       Q.   And you didn't play the video of Ariel

23   Helwani, you just talked about it, correct?

24       A.   Yeah.

25       Q.   So you were able to get across the message

Page 117

CONFIDENTIAL

1    you were making without actually having to play the
2    video, correct?
3         A.    No, not really.  I mean, if you never saw
4    Billy Madison, you wouldn't know the reference he
5    made.  But I didn't explain it that much better
6    so...
7         Q.    Well, but -- but you were talking -- and
8    didn't Ariel Helwani refer to Brendan Schaub's
9    apology as incoherent?
10        A.    Yeah.
11        Q.    And you and -- so you just repeated what
12   Ariel Helwani said about the apology, correct?
13        A.    Yes.
14        Q.    And my point is you were able to express
15   that by just showing the Twitter page without
16   actually having to play the video, correct?
17        A.    Yes.
18        Q.    So couldn't you have been as effective
19   with Brendan's -- Brendan Schaub's position on the
20   matter without actually having to play the video?
21        A.    Well, Ariel Helwani didn't play a video in
22   his position on the matter.  He wrote his position
23   on the matter and played a video making fun of
24   Brendan Schaub.
25        Q.    But you didn't play the video?

Page 118

CONFIDENTIAL

```
 1        A.    No.
 2        Q.    So, again, looking back, did you have any
 3   criticism or commentary about Episode 725?
 4        A.    I would say yes.
 5        Q.    And what was that commentary or
 6   criticism?
 7        A.    That that was a pretty lame apology in
 8   quotation mark.  I don't know what word to say other
 9   than --
10        Q.    And you had no commentary or criticism of
11   the video itself, correct?
12        A.    No.
13        Q.    Your commentary was solely based on what
14   Brendan Schaub had said that was captured in the
15   video; is that right?
16        A.    Yes.
17        Q.    And when you -- when we were talking about
18   the Helwani's response, that it was the most
19   incoherent thing he had ever seen, what additional
20   commentary did you provide to what Ariel Helwani
21   said?
22        A.    I expounded upon how I agreed with him.
23        Q.    And what specifically did you say that
24   you -- that elaborated or extended or expounded upon
25   what he said?
```

Page 119

CONFIDENTIAL

```
1        Q.    There are about 226 videos on that channel
2   which you mostly posted and started, correct?
3        A.    I didn't start the channel, but, yeah, I
4   post on there from time to time.
5        Q.    Well, didn't you say that most of the
6   videos you recorded?
7        A.    Oh, yeah.  Yeah, I record most of the
8   videos.
9        Q.    And you appear in most of those videos,
10  correct?
11       A.    Yeah.
12       Q.    In fact, you probably appear in almost all
13  the videos, would that be incorrect?
14       A.    Yeah.
15       Q.    So -- and then going back to the Yew Neek
16  channel, how many videos approximately were on there
17  before the channel was taken down?
18       A.    I have no idea.  You told me the number
19  before though.
20       Q.    Not for the older channels, no, I did
21  not --
22       A.    I thought you did for Yew Neek.
23       Q.    I'm sorry?
24       A.    I thought you did for that Yew Neek
25  channel.  Maybe you didn't.  I don't know though.
```

Page 121

CONFIDENTIAL

```
 1        Q.    Was it over 100?

 2        A.    Yeah, it had to have been well over 100.

 3        Q.    Was it over 200?

 4        A.    I would say it would probably get into the

 5   1,000 area.

 6        Q.    Wow, 1,000 videos.  And so out of those

 7   1,000 videos, how many videos did Thiccc Boy send a

 8   takedown notice to you for?

 9        A.    I couldn't tell you exactly.

10        Q.    Do you have any evidence with you today or

11   any evidence that you've produced to Thiccc Boy to

12   show that there were more than four takedowns with

13   respect to any videos on the -- and on any of your

14   YouTube channels?

15        A.    No.

16        Q.    And with respect to the videos on the Yew

17   Neek Entertainment channel, have you received any

18   takedown notices from Thiccc Boy Productions?

19        A.    No.

20        Q.    And if Brendan Schaub or Thiccc Boy wanted

21   to take your channels down, don't you think they

22   would have filed more takedown notices?

23        A.    There's nothing they could do on that Yew

24   Neek Entertainment channel.

25        Q.    Why is that?
```

Page 122

CONFIDENTIAL

1       A.   Not one video is made using any of their

2   content.

3       Q.   So are you -- well, didn't you already

4   tell me that the thumb -- there were thumbnails of

5   copyrighted images of Brendan Schaub for videos on

6   that channel?

7       A.   That I -- if you want to go technically

8   things that it could be -- well, no, because it's --

9   I don't -- I don't know on that new channel.

10  Because why would a thumbnail be used off of content

11  I can't use anyway?  I don't know about the

12  thumbnail thing to be honest with you.

13      Q.   I'm going to show -- I want to share just

14  my screen with you really quickly.  I'm showing you

15  a live search or a live page on YouTube, Yew Neek

16  Entertainment.  Is this your girlfriend's channel?

17      A.   Yes.

18      Q.   And this is the channel that -- it says

19  230 videos today.  And this is the channel and you

20  post most of these videos, correct?

21      A.   Yes.

22      Q.   And most of these videos are about Brendan

23  Schaub?

24      A.   Yes.

25      Q.   All right.  Do you see this one I'm

Page 123

CONFIDENTIAL

```
1        Q.    So you created this video?
2        A.    Yes.
3        Q.    All right.  I'm going to continue playing.
4              (Video played.)
5        Q.    I'm going to stop it for a second.  So you
6   incorporated portions of Episode 726 of The Fighter
7   and The Kid into this video four; is that right?
8        A.    Yes.
9        Q.    And how did you do that?  What was the
10  process for this video compared to the other three
11  that we --
12       A.    That is done from The Fighter and The Kid
13  Subreddit.
14       Q.    And how do you know that?
15       A.    I'm using a screen recorder on that one.
16              (Reporter asks for clarification.)
17       A.    I'm using a screen recorder for that
18  video.  It's a clip that's being played on a
19  Subreddit.
20       Q.    Okay.  So I'm going to -- and this video
21  is a minute 52.  I'm going to play the first 34
22  seconds which consists of you speaking.  And then
23  we'll take a -- oh, actually, I just did.  That was
24  the first 34 seconds.  And so this video four is
25  about Brendan Schaub responding to Ariel Helwani; is
```

Page 129

CONFIDENTIAL

```
 1    it.  I'm just commenting on it, and I'm doing it
 2    with Schaubnisms, speaking Schaubanese sometime.
 3    And so I could add video, I did a little
 4    Schaubanese.
 5        Q.   And then your commentary, what it was on
 6    video four, you had no commentary or criticism on
 7    the video itself, did you?
 8        A.   No.
 9        Q.   Your commentary was based solely on what
10    Brendan Schaub said and was captured in the video?
11        A.   Yes.
12        Q.   And to that extent, you repeated a couple
13    of things that he said, but you didn't add your own
14    criticism or commentary of that, did you?
15        A.   I did basically in saying that's really
16    all you got, I thought you guys were the comedian.
17    But you let this guy who's not a comedian destroy
18    you.  So I was basically talk about -- about how
19    weak their response to Ariel Helwani was.
20        Q.   All right.  Let me stop sharing.  All
21    right.  I want to turn our attention to damages for
22    a second.  You received money from posting video
23    No. 1, correct?
24        A.   When was video No. 1 posted?
25        Q.   Well, we talked about it being posted
```

Page 133

CONFIDENTIAL

```
 1    around September 20, 2021?
 2         A.   Then yes.
 3         Q.   And the money you received was in the form
 4    of ad revenue; is that correct?
 5         A.   Yes.
 6         Q.   Did you receive any other money other than
 7    ad revenue from video No. 1?
 8         A.   No.
 9         Q.   Did you receive any -- do you ever receive
10    any donations from people for what you do?
11         A.   No.
12         Q.   All right.  And then you received money
13    from the posting of video No. 2, correct?
14         A.   Was that around the same time?
15         Q.   I believe that you said it was posted
16    around October 25, 2021.
17         A.   Then yes.  Well -- see, technically I
18    don't know because I would assume yes, but there's a
19    yellow badge, green badge thing on YouTube.  I would
20    assume yes, though.  I just can't be 100 percent
21    sure.
22         Q.   And you received money from the posting of
23    video three, correct?
24         A.   When was that posted, the time?
25         Q.   Well, I believe that you confirmed that
```

Page 134

CONFIDENTIAL

1    was posted around September 7, 2021.

2        A.    Then yes.

3        Q.    And you received money from the posting of

4    video four which you said was posted around

5    September 8, 2021?

6        A.    Then yes.

7        Q.    And the money that you received was all

8    from ad revenue from Google, correct?

9        A.    Yes.

10        Q.    And with every -- and you get paid every

11    month; is that correct?

12        A.    Once a month.

13        Q.    I'm sorry?

14        A.    Usually the 21st.

15        Q.    Of every month?

16        A.    Unless it's on the weekend, then the

17    following weekday.  But, yes, the 21st of every

18    month.

19        Q.    And when you get your payment, does

20    YouTube also send you a statement?

21        A.    A statement?

22        Q.    An accounting statement?

23        A.    No, they just send the payment.

24        Q.    They send the payment, and they provide on

25    your page information on how that money was

Page 135

1    A.    12?  Is that what that says?

2              MR. MCDERMOTT:  2212.15?

3    Q.    Yeah, I see 2212.  2212.15.  So the

4    2212.15, and you received this payment on 10/21.  So

5    would you agree that this is the amount that Google

6    sent you for your ad revenue for your videos for the

7    month of September?

8    A.    Yes.

9    Q.    All right.  On the next page, I see

10   there's an entry that's dated 11/22/21 from -- it

11   says direct deposit from Google for AdSense for

12   $3,562.51.  That would be -- does that represent the

13   amount of money YouTube paid you for your videos

14   during the month of October?

15   A.    Yes.

16   Q.    Of 2021?  Turning to the next page,

17   there's an entry that's dated 12/21/21.  It says

18   direct deposit from Google for AdSense in the amount

19   of $3,132.38.  Would that represent the amount of

20   money that YouTube and Google paid you for the video

21   for your ad revenue from videos that had -- that

22   played in the month of November?

23   A.    Yes.

24   Q.    The next page shows an entry dated

25   1/21/22.  It says direct deposit from Google for

Page 139

CONFIDENTIAL

1    AdSense in the amount of $2,172.33.  Does that

2    represent the amount of money that YouTube and

3    Google paid you for ad revenue for your videos on

4    YouTube for the month of December?

5         A.    Yes.

6         Q.    Okay.  And the next page I see there's an

7    entry dated 2/21/22.  It says direct deposit from

8    Google for AdSense in the amount of $2,095.22.

9    Would that represent the amount of money that

10   YouTube and Google paid you for ad revenue for your

11   videos for the month of January '22?

12        A.    Yes.

13        Q.    And then finally, we have the final

14   statement.  It says credit, direct deposit from

15   Google for AdSense dated 3/21/22, in the amount of

16   $455 and I think it's says 27 cents?

17        A.    Yes.

18        Q.    Does that represent the amount that

19   YouTube and Google paid you for the ad revenue of

20   your videos that were played during the month of

21   February?

22        A.    Yes.

23        Q.    So if I were to add up those numbers, not

24   including August, but September through February, I

25   come up with total of $13,629.86.  If I did my math

Page 140

CONFIDENTIAL

1     right, would that represent the amount of money that

2     YouTube paid to you for ad revenue for your videos

3     during the months of September '21 through February

4     '22?

5          A.   Yes, if that's what it adds up to.

6          Q.   And you didn't produce to us any breakdown

7     of the amount of views you got for your videos

8     during that period; is that correct?

9          A.   No, I don't know.

10         Q.   Do you have an idea or how many views

11    videos one got before it was taken down?

12         A.   No.

13         Q.   Do you know how many views video two got

14    before it was taken down?

15         A.   No.

16         Q.   Do you know how many views video three got

17    before it was taken down?

18         A.   No.

19         Q.   Do you know how many views video four got

20    before it was taken down?

21         A.   No.

22         Q.   All right.  Mr. Swindelles, I'm showing

23    you as Exhibit No. 14 a document labeled Defendant's

24    Reply to Plaintiff's Objection to Defendant's Motion

25    for Summary Judgment.  It's document 30.  Do you see

                                        Page 141

CONFIDENTIAL

1              C E R T I F I C A T E
2    STATE OF RHODE ISLAND
3
              I, Jennifer A. Doherty, Certified
4    Shorthand Reporter and Commissioner of Deeds duly
     commissioned and qualified in and for the State of
5    Rhode Island hereby certify that there came before
     me on the 5th day of May, 2023, the person
6    hereinbefore named, who was by me duly sworn to
     testify to the truth and nothing but the truth of
7    their knowledge touching and concerning the matters
     in controversy in this cause; that they were
8    thereupon examined upon their oath, and their
     examination reduced to typewriting under my
9    direction and that the deposition is a true record
     of the testimony given by the deponent.
10             I further certify that I am neither
     attorney nor counsel for, nor related to or employed
11   by, any of the parties to the action in which this
     deposition is taken, and further that I am not a
12   relative or employee or financially interested in
     this action.
13
              IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY
14   HAND AND SEAL THIS 22ND DAY OF MAY, 2023.
15
16
17
18
19        Jennifer A. Doherty
20
21        Commissioner of Deeds
          My Commission Expires:
22        February 28, 2025
23
24
25

                                      Page 167

CONFIDENTIAL

1   WITNESS:  Kyle Swindelles

2   DATE:  May 5, 2023

3   CASE:  Thicc Boy Production v Kyle Swindelles

4

5

6   DISTRIBUTION TO COUNSEL:  The original signature

7   page/errata sheet was sent to Travis McDermott, Esq.

8   to obtain signature for the deponent.  When signed,

9   please forward same to Robert Allen, Esq. for

10  inclusion with the original of the deposition

11  transcript.

12

13  WITNESS INSTRUCTIONS:  After reading the transcript

14  of your deposition, please note any change or

15  correction and the reason for it on the errata

16  sheet.  DO NOT make any notations on the transcript

17  itself.  Use additional sheets if necessary.

18

19  SIGN AND DATE THE ERRATA SHEET and return it, along

20  with the transcript, to your counsel.

21

22

23

24

25

Page 168

CONFIDENTIAL

```
 1                ACKNOWLEDGEMENT OF DEPONENT
 2                 I, Kyle Swindelles, do hereby certify
 3      that I have read the foregoing transcript of my
 4      testimony taken on May 5, 2023, and further certify
 5      that it is a true and accurate record of my
 6      testimony, with the exception of the
 7      changes/corrections listed below.
 8
        -------------------------------------------------------
 9      PAGE / LINE/         CHANGE OR CORRECTION
        -------------------------------------------------------
10          /       /
        -------------------------------------------------------
11          /       /
        -------------------------------------------------------
12          /       /
        -------------------------------------------------------
13          /       /
        -------------------------------------------------------
14          /       /
        -------------------------------------------------------
15          /       /
        -------------------------------------------------------
16          /       /
        -------------------------------------------------------
17          /       /
        -------------------------------------------------------
18          /       /
        -------------------------------------------------------
19
20      Signed under the pains and penalties of perjury
21
22      _____
23      Kyle Swindelles
24
25
```

Page 169