# EXHIBIT 12

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| THICCC BOY PRODUCTIONS INC. <br><br> Plaintiff, <br><br> v. <br><br> KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10, <br><br> Defendants. | Case No. 1:22-cv-00090-MSM-PAS <br><br><br> **PLAINTIFF THICCC BOY PRODUCTIONS INC.'S AMENDED AND SUPPLEMENTAL RESPONSE TO DEFENDANT KYLE SWINDELLES' SECOND SET OF INTERROGATORIES** |

PROPOUNDING PARTY:    KYLE SWINDELLES

RESPONDING PARTY:    THICCC BOY PRODUCTIONS INC.

SET NO.:    TWO

Plaintiff THICCC BOY PRODUCTIONS INC. ("Thiccc Boy"), hereby answers, objects, or otherwise responds to Defendant KYLE SWINDELLES'S ("Swindelles")'s second set of Interrogatories, as follows:

**PRELIMINARY STATEMENT**

These responses are made solely for the purpose of this action. Each answer is subject to all objections as to competence, relevance, materiality, propriety and admissibility, and any and all other objections and grounds which would require the exclusion of any statement herein if the Interrogatories were asked of, or any statements contained herein were made by, a witness present and testifying in Court, all of which objections and grounds are reserved and may be interposed at the time of trial.

Plaintiff has not completed its investigation of the facts relating to this case and has not completed its preparation for trial. The following responses are based upon information

2278740

1

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTERROGATORY NO. 13:**

Describe the media products produced by Thiccc Boy Productions and each product's primary methods of distribution.

**RESPONSE TO INTERROGATORY NO. 13 (MARCH 27, 2023):**

Thiccc Boy objects to this interrogatory to the extent it is unduly broad, overly burdensome, and not proportional to the needs of the case. Thiccc Boy objects to this Request because it seeks information that is neither relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Thiccc Boy objects to the terms "media products" as vague and ambiguous. Thiccc Boy objects to this interrogatory under Fed. R. Civ. P. 33(a) because Swindelles has exceeded 25 interrogatories without leave of Court.

Subject to, and without waiving, these objections, Thiccc Boy responds as follows:

Thiccc Boy is the sole and exclusive owner of various audio-visual works under the title *The Fighter and the Kid*, including the four works referenced in the Complaint, ¶ 7 (the "Works"). Thiccc Boy uploaded the Works to its YouTube channel for streaming only. The Works, in various forms, are also available on the platforms Spotify and Apple Podcasts. Thiccc Boy's investigation is ongoing, and Thiccc Boy reserves the right to supplement or amend this response and other responses as discovery and further investigation in this case proceed.

**INTERROGATORY NO. 14:**

Describe the physical merchandise offered by Thiccc Boy Productions, Inc. for retail or wholesale sale.

**RESPONSE TO INTERROGATORY NO. 14 (MARCH 27, 2023):**

Thiccc Boy objects to this interrogatory to the extent it is unduly broad, overly burdensome, and not proportional to the needs of the case. Thiccc Boy objects to this Request because it seeks information that is neither relevant to the claims and defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Thiccc Boy objects to this

2278740                                                    12