# EXHIBIT 13



 YouTube

Home

Shorts

Subscriptions



# Yew Neek Entertainment

**@YewNeekEnt**  11.1K subscribers  288 videos

More about this channel  ›

EOS          LIVE          PLAYLISTS          COMMUNITY          CHANNELS          **ABOUT**

Library

History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Trending

Shopping

Music

Movies & TV

Live

Gaming

News