# EXHIBIT 15

Video Exhibit has been Transmitted to the Clerk's Office