# EXHIBIT 16

Video Exhibit has been Transmitted to the Clerk's Office