IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THICCC BOY PRODUCTIONS INC.

Plaintiff,

v.

KYLE SWINDELLES a/k/a YEW NEEK NESS; and DOES 1 through 10,

Defendants.

Case No. 1:22-cv-00090-MSM-PAS

**DECLARATION OF JASON LINGER IN SUPPORT OF PLAINTIFF THICCC BOY PRODUCTIONS INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

## DECLARATION OF JASON LINGER

I, Jason Linger, declare as follows:

1.      I am an attorney duly licensed to practice in the State of California. I am an associate at the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP.  I make this declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify completely to the facts contained herein.  I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2.      Attached as Exhibit 1 is a true and correct copy of the relevant excerpts from the May 5, 2023 deposition of Kyle Swindelles.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this August 2, 2023, in Los Angeles, California.

By: __/s/ *Jason Linger*_____
      Jason Linger