# EXHIBIT 1

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Case No. 1:22-cv-00090-MSM-PAS

THICCC BOY PRODUCTIONS, INC.,

    Plaintiff,

vs.

KYLE SWINDELLES a/k/a YEW NEEK

NESS; and DOES 1 through 10,

    Defendants.

CONDITIONALLY CONFIDENTIAL TRANSCRIPT OF

VIDEOTAPED DEPOSITION OF KYLE SWINDELLES

May 5, 2023 at 11:13 a.m.

Virtual Room

---------Jennifer A. Doherty, CSR-------------

Certified Court Stenographer

Page 1

CONFIDENTIAL

APPEARANCES:

    Kyle Swindelles, Pro se
    41 Marietta Street
    Providence, Rhode Island 02960
    Plaintiff.


    GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO
    BY: Robert E. Allen, Esq.
    10250 Constellation Blvd., 19th Floor
    Los Angeles, California 90067
    rallen@glaserweil.com
    For the Defendant.


    PARTRIDGE SNOW & HAHN, LLP
    BY:  Travis J. McDermott, Esq.
    40 Westminster Street, Suite 1100
    Providence, Rhode Island 02903
    tmcdermott@psh.com
    For the Defendant.

Page 2

CONFIDENTIAL

destroyed by Ariel Helwani on his show.

Q. Well, I don't think that's exactly what you said, was it?

A. Yeah, it was because this was the big, oh, my God, what are they going to say during this episode to respond to Ariel Helwani, and that was it. And so the basic entire video is how afraid they were and how destroyed he got.

Q. Well, I think that your response was quote, "That was the response, and I never met him before. Total Schaub isn't response, but I mean, that was the comeback. Ariel Helwani destroyed Brendan Schaub." I mean, that's -- that your commentary?

A. Yeah. Very clear video too.

Q. Yet you didn't parse out what was said or really comment on why that mattered or anything, but that was just -- that was the response?

A. Yeah, plus you have to -- most of the people who watch me know things don't really got to be that parsed out and stuff. And --

Q. They know that you don't parse things out?

A. Well, some things don't need to be because we are all -- we are all witnessing it -- witnessing

Page 132

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.