IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THICCC BOY PRODUCTIONS, INC., | : | Case No. 1:22-cv-00090-MSM-PAS |
| Plaintiff, | : | |
| | : | **DEFENDANT'S STATEMENT** |
| | : | **OF DISPUTED FACTS IN** |
| v. | : | **OPPOSITION TO PLAINTIFF'S** |
| | : | **OPPOSITION TO** |
| | : | **DEFENDANT'S MOTION FOR** |
| KYLE SWINDELLES, *et al.*, | : | **SUMMARY JUDGMENT** |
| | : | |
| Defendants. | : | |

**PRELIMINARY STATEMENT**

Pursuant to LR Cv 56(a)(3), Defendant Kyle Swindelles, *pro se*, respectfully submits this statement of disputed facts in response to Plaintiff's additional statement of undisputed facts in opposition to Defendant's motion for summary judgment.

**RESPONSES AND OBJECTIONS**

Defendant does not dispute #31, 32, 33, 35, 36, 38, 39.

#34, 37, 40-87 are hereby disputed as statements that are either unsupported by admissible evidence, contain inadmissible hearsay, lack foundation, constitute opinion evidence, are made without personal knowledge, are prejudicial, irrelevant, immaterial, misstate or misquote a witness, are speculative, or contain conclusions of law not supported by admissible facts.

1

Respectfully submitted,

*Kyle Swindelles*

Kyle Swindelles, Defendant, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
Phone: (401) 230-5061
e-mail: yewneekent@gmail.com

2