## Kayla DaCruz

| | |
|---|---|
| **From:** | Kyle Swindelles <yewneekent@gmail.com> |
| **Sent:** | Thursday, August 17, 2023 11:58 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:22-cv-00090-MSM-PAS |
| **Attachments:** | MemoOppMSJ2F (1).pdf; DispFactsMSJ2F.pdf |
| **Categories:** | Being Worked On KD |

<mark>**CAUTION - EXTERNAL:**</mark>

 Sender notified by
[Mailtrack](#)

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1