# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Thiccc Boy Productions, Inc.<br>Plaintiff,<br><br>v.<br><br>Kyle Swindelles<br>Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 22-0090-MSM<br>)<br>)<br>) |

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 2/22/20234

                                            Enter:

                                            /s/ C. Potter
                                            Deputy Clerk

Dated: 2/22/2024